UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| MARCO HUEMBES | § | CIVIL ACTION NO. _____ |
|---|---|---|
| VERSUS | § | SECTION: _____ |
| SEADRILL AMERICAS, INC. | § | MAGISTRATE: _____ |

*Jury Trial Requested*

## **SEAMAN'S SUIT**

NOW INTO COURT, by and through undersigned counsel, comes Plaintiff, MARCO HUEMBES, a person of the full age of majority, who respectfully avers the following, to wit:

1.

Plaintiff brings this cause of action pursuant to the General Maritime Law and the provisions of 46 U.S.C. §30104, *et al.*, commonly referred to as the Jones Act, and all statutes supplemental and amendatory thereto.

2.

Named Defendant herein is SEADRILL AMERICAS, INC. (hereinafter SEADRILL), a corporation engaged in the business of offshore deepwater drilling.

3.

On or about September 26, 2013, Plaintiff, MARCO HUEMBES, was employed by the Defendant, SEADRILL, a roustabout assigned to the WEST CAPRICORN, a deepwater drilling semi-submersible.

4.

On or about September 26, 2013, the WEST CAPRICORN was a vessel owned, operated and/or controlled by the Defendant, SEADRILL, and was operating in the navigable waters of the Gulf of Mexico.

5.

On or about September 26, 2013, while in the service of the WEST CAPRICORN and his employer's interests, Plaintiff MARCO HUEMBES sustained severe injuries to his person, including but not limited to his lower leg, ankle and foot.

6.

A cause of this incident was the fault and/or negligence attributable to the Defendant, SEADRILL, in the following non-exclusive respects:

 a. failing to provide the Plaintiff with a safe place to work;

 b. failing to give proper and appropriate warnings to the Plaintiff;

 c. failing to adequately plan the operation ongoing at the time of the incident;

 d. other negligent acts and/or omissions to be shown at the trial of this action.

7.

A proximate cause of this accident herein was the unseaworthiness of the WEST CAPRICORN and its appurtenances.

8.

This incident occurred while Plaintiff, a seaman, was in the service of the vessel entitling him to receive maintenance and cure benefits.

9.

As a direct result of this incident and the injuries he sustained, Plaintiff is no longer physically capable of performing his job duties as a seaman and roustabout and has been terminated by the Defendant, Seadrill Americas, Inc.   Plaintiff's physical disability from seaman's work appears to be permanent.

10.

As a result of the above and foregoing negligent acts and/or omissions, Plaintiff, MARCO HUEMBES, suffered severe and disabling physical and mental injuries and seeks monetary damages for the following:

   a. Past and future loss of wages and benefits;

   b. Impairment of future earning capacity;

   c. Physical pain and suffering;

   d. Mental and emotional pain and suffering;

   e. Past and future medical expenses;

   f. Permanent disability;

   g. Loss of enjoyment of life; and,

   h. Additional damages to be shown at the trial of this action.

11.

Plaintiff, as a Jones Act seaman, is entitled to a jury trial and hereby demands a trial by jury.

12.

Plaintiff was not at fault in causing this incident or the resulting damages.

WHEREFORE, Plaintiff, MARCO HUEMBES, prays for judgement herein and against Defendant, SEADRILL AMERICAS, INC. and that Defendant be duly cited and served with a copy of this Seaman's Suit, that they be cited to appear and answer same within the delays allowed by law, and that after due proceedings, that there be judgment rendered herein in favor of Plaintiff, MARCO HUEMBES, and against Defendant herein, SEADRILL AMERICAS, INC. in the total sum of ONE MILLION ($1,000,000.00) DOLLARS, for trial by jury, plus interest from the date of incident until paid, all costs of these proceedings, and for all other general, equitable maritime relief.

    Respectfully submitted:

    STRAUSS & KING, APLC

    ***/s/ Berney L. Strauss***
    Berney L. Strauss #12527
    Rhett E. King #23811
    Clinton G. Mead #35244
    406 Magazine Street, Suite 300
    New Orleans, Louisiana 70130
    504-523-0033 (telephone)
    504-523-0109 (facsimile)
    rhettking@straussandking.com